UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

                                       Case No.: 16-04406
                                             Chapter 7

WILLIAM KING
TAMMEE KING

            Debtor(s)    /

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on December 1, 2016 at 2:00 p.m. in Courtroom #6C on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Roberta Colton, United States Bankruptcy Judge, to consider and act upon the following:

Motion to Sell (DE# 33)

Application for compensation (DE #34)

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. The hearing may be continued upon announcement made in open Court with further notice. Due to heightened security procedures persons must present photo identification to enter the courthouse.

I HEREBY CERTIFY that on this 11th day of November 2016, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties on the attached mailing matrix:

**/s/ Arvind Mahendru**
ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Telephone: (407) 504-2462
amtrustee@gmail.com