# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

                                                       Case No.:  16-04406
                                                              Chapter 7

William C. King, Jr.
Tammee King

            Debtor(s)       /

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about December 08, 2016, the sale of the estate's interest in the following described items were sold for a total of $134,000.00 to Allen G. Hudson and Bonnie L. Hudson. The sale was completed pursuant to the Motion to Sell Property Free and Clear of Liens dated November 11, 2016 (doc. No. 33) and Order Granting Motion to Sell Free and Clear of Liens, Encumbrances and Interests dated December 02, 2016 (doc # 39).

106 Camino Circle, Ormond Beach, FL 32174

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been sent by electronic filing to the United States Trustee's Office, this April 25, 2017.

                                                       /s/ Arvind Mahendru, Trustee
                                                       Arvind Mahendru, Esq.
                                                     5703 Red Bug Lake Road #284
                                                     Winter Springs, Florida 32708
                                                     Telephone (407) 504-2462