American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

FileNo./Escrow No.: 16-456
Print Date & Time: 12/7/2016 @ 10:52 AM
Officer/Escrow Officer: Marlene Benner
Settlement Location:
605 E. Robinson Street #720
Orlando, Florida 32801

Prominence Title & Escrow, LLC

605 E. Robinson Street #720
Orlando, Florida 32801

Property Address: 106 Camino Circle, Ormond Beach, Florida 32174
Buyer: Allen G. Hudson and Bonnie L. Hudson
Seller: Arvind Mahendru, Bankruptcy Trustee in the matter of William C. King, Jr. and Tammee King, debtors, United States Bankruptcy Court, Middle District of Florida, Orlando District, Case No. 6:16-bk-04406-RAC
Lender: CASH SALE

Settlement Date: 12/8/2016
Disbursement Date: 12/9/2016
Additional dates per state requirements:

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $134,000.00 | Sales Price of Property | $134,000.00 | |
| | | Deposit including earnest money | | $1,200.00 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| $745.00 | | Title - Owner's Coverage Premium (Optional) to Prominence Title & Escrow, LLC | | |
| $900.00 | | Title - Settlement Fee to Prominence Title & Escrow, LLC | $550.00 | |
| $3.28 | | Title - Statutory Surcharge Fee to Westcor Land Title Insurance Company | | |
| $60.00 | | Title - Title Search Fee to Westcor Land Title Insurance Company | | |
| | | | | |
| | | **Commission** | | |
| $2,680.00 | | Real Estate Commission (Buyer) to Weichert Realtors Hallmark Properties | | |
| $5,360.00 | | Real Estate Commission (Seller) to Century 21 Carioti | | |
| | | | | |
| | | **Government Recording & Transfer Charges** | | |
| | | Recording Fees to Simplifile | $10.00 | |
| | | E-Recording Fee to Simplifile | $9.00 | |
| | | Record Order Approving Sale to Simplifile | $35.50 | |
| $938.00 | | Transfer Taxes - Deed State to Simplifile | | |
| | | | | |
| | | **Payoff(s)** | | |
| $114,211.87 | | Lender: Carrington | | |
| | | Principal Balance ($114,211.87) | | |

Copyright 2015 American Land Title Association.
All rights reserved.

File #: 16-456
Printed on 12/7/2016 @ 10:52 AM

**American Land Title Association**

| | | | | |
|---|---|---|---|---|
| | | Interest on Payoff Loan () | | |
| | | | | |
| | | **Miscellaneous** | | |
| $120.00 | | §506(c) Security & Preservation cost to BK Global | | |
| | | 2016 Property Taxes PAID 11/22/16 to Volusia County Tax Collector (POC by Seller: $989.35) | | |
| $8,861.85 | | Estate Fee to Arvind Mahendru BK Trustee for the Estate of Williams & Tammee King | | |
| $50.00 | | HOA Estoppel Fee to Elite Property Research | | |
| | | Mobile Closing Fee to Signature Closers Network | $135.00 | |
| $70.00 | | Municipal Lien Certificate Fee to Elite Property Research | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $134,000.00 | $134,000.00 | Subtotals | $134,739.50 | $1,200.00 |
| | | Due From Buyer | $133,539.50 | |
| | | Due From Seller | | |

Copyright 2015 American Land Title Association.
All rights reserved.

File #: 16-456
Printed on 12/7/2016 @ 10:52 AM

**American Land Title Association**

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Prominence Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.

Buyer: _____     Seller: _____
        Allen G. Hudson    Arvind Mahendru BK Trustee for the Estate of William &
        Tammee King

Buyer: _____
        Bonnie L. Hudson

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

_____
Escrow Officer    MARLENE BENNER

**American Land Title Association**

ALTA Settlement Statement - Combined
Adopted 05-01-2015

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Prominence Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.

Buyer: _____

Allen G. Hudson

Seller: X_____

Arvind Mahendru BK Trustee for the Estate of William & Tammee King

Buyer: _____

Bonnie L. Hudson

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

_____

Escrow Officer    MARLENE BENNER

**MARLENE BENNER**

Copyright 2015 American Land Title Association.
All rights reserved.

File #: 16-456
Printed on 12/7/2016 @ 10:52 AM